AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| LUIS ALEJANDRO HENRIQUEZ-CHARAIMA | ) | Case No. 25-mj-00114-KAS |
| *Defendant(s)* | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant in this case, state that the following is true to the best of my knowledge and belief:

From on or about March 27, 2025 through June 6, 2025, in the State and District of Colorado, the defendant, Luis Alejando Henriquez-Charaima, and both known and unknown co-conspirators violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 933(a)(1), (a)(3) | Illegal trafficking in firearms, attempt and conspiracy |
| 21 U.S.C. § 846 | Conspiring to distribute a controlled substance |
| 18 U.S.C. § 1958(a) | Use of a facility of interstate commerce with the intent to commit murder for hire, and conspiracy to do the same. |

This Criminal Complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*/s/ Joel N. Hegarty*
Complainant's signature

Joel N. Hegarty , Special Agent, ATF
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: June 20, 2025

*Judge's signature*

City and state: Denver, Colorado

Kathryn A. Starnella, United States Magistrate Judge
*Printed name and title*