<u>DEFENDANT</u>:  LUIS ALEJANDRO HENRIQUEZ-CHARAIMA

<u>AGE/YOB</u>:  1996

<u>OFFENSES</u>:

<u>COUNT 1</u>:  Conspiracy to traffic in firearms, in violation of 18 U.S.C. § 933(a)(1) and (a)(3)

<u>COUNT 2</u>:  Conspiracy to distribute a controlled substance (ketamine), in violation of 21 U.S.C. § 846

<u>COUNT 3</u>:  Use of a facility of interstate commerce with the intent to commit murder for hire, and conspiracy to do the same, in violation of 18 U.S.C. § 1958(a)

<u>LOCATION OF OFFENSE</u>
(County and State):        DENVER COUNTY, COLORADO

<u>PENALTY</u>:

<u>COUNT 1</u>:  NMT 15 years' imprisonment; $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment.

<u>COUNT 2</u>:  NMT 10 years' imprisonment, NMT $500,000 fine, or both; NLT 2 years' supervised release; $100 special assessment.

<u>COUNT 3</u>:  NMT 10 years' imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment

<u>AGENT/DEPUTY</u>:    Joel Hegarty, ATF SPECIAL AGENT

<u>AUTHORIZED BY</u>:  Assistant United States Attorney Garreth Winstead

<u>ESTIMATED TIME OF TRIAL</u>:

_____ five days or less ___X___ over five days

<u>THE GOVERNMENT</u>

___X___ Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is applicable to this defendant.