IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 25-mj-00114-KAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUIS ALEJANDRO HENRIQUEZ-CHARAIMA

    Defendant.

---

**MOTION TO UNSEAL CASE**

---

    The United States of America respectfully requests that this Court unseal this case generally. Further, the complaint affidavit in this case (at ECF 1-2) is currently under Level 1 restriction. The United States respectfully requests that the Court maintain that restriction level on the Complaint affidavit, but docket a redacted copy of the complaint affidavit, attached hereto.

    The defendant was arrested in Columbia on July 30, 2025. Accordingly there is no longer a need for restriction, and access to the case documents is necessary for the extradition process. Accordingly, the Government respectfully requests that this Court issue an order unsealing the case generally, and docketing the redacted complaint affidavit attached hereto.

//

//

//

//

//

Respectfully submitted,
Peter McNeilly
United States Attorney

*s/E. Garreth Winstead*
E. GARRETH WINSTEAD
Assistant U.S. Attorney
United States Attorney's Office
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
(303) 454-0100
Email: Garreth.winstead@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of August, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record in this case.

<u>s/Jesse Zabriskie</u>
Legal Assistant
United States Attorney's Office