## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, ▇▇▇▇▇▇▇▇, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn according to the law, hereby state that the facts set forth in this affidavit are true and correct to the best of my knowledge, information, and belief:

## INTRODUCTION AND AGENT BACKROUND

1.      Your Affiant, ▇▇▇▇▇▇▇▇, is a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice, with the meaning of Title 18, United States code, Section 3051, and is an officer of the United States empowered by law with the duty of enforcing any of the criminal, seizure, or forfeiture provisions of the laws of the United States.

2.      Your Affiant's primary duties consist of the enforcement of federal firearms laws, armed narcotics trafficking laws and conspiracy laws.  Prior to graduating from the Federal Law Enforcement Training Center in 2020 and becoming an ATF Special Agent, Your Affiant was employed with Ernst and Young for over four (4) years, working as a Senior Forensic Accountant in Ernst and Young's Forensic Accounting practice. While employed as an ATF Special Agent, Your Affiant has conducted and participated in numerous federal investigations.  Your Affiant has participated in the execution of numerous federal and state search warrants involving violent crime, organized crime, illegal firearms possession, firearms trafficking, the use and trafficking of narcotics, and armed narcotics trafficking. Your Affiant is familiar with federal criminal laws pertaining to firearms and drug violations.

3.      Your Affiant works with other law enforcement officers with decades of experience enforcing federal firearms laws, and Your Affiant benefits from their knowledge. Your Affiant investigates violations of federal firearms laws and federal narcotics laws in the normal course of his duties and is familiar with the facts of this case.

4.      The statements contained in this affidavit are based, in part, on information provided by Special Agents and Task Force Officers of the ATF and other law enforcement officers; on conversations held with police officers; and on Your Affiant's background and experience as a Special Agent of the ATF. Your Affiant has not included each and every fact known to Your Affiant concerning this investigation. Your Affiant has set forth only the facts that Your Affiant believes are necessary to establish the required foundation for an order authorizing the arrest of LUIS ALEJANDRO HENRIQUEZ-CHARAIMA.

## AFFIDAVIT PURPOSE

5.      This affidavit is submitted to support a criminal complaint and application for arrest warrant for and against LUIS ALEJANDRO HENRIQUEZ-CHARAIMA.

6.      Your Affiant submits that from on or about March 27, 2025 through on or about June 6, 2025, in the State and District of Colorado, LUIS ALEJANDRO HENRIQUEZ-CHARAIMA, the defendant, along with both identified and unidentified co-conspirators, participated in the following crimes: (1) firearms trafficking conspiracy and attempted firearms trafficking, in violation of 18 U.S.C. § 933(a)(1) and (a)(3); (2) conspiracy to distribute and possess with intent to distribute

1

mixtures and substances containing a detectable amount of ketamine, in violation of 21 U.S.C. § 846; and (3) use of an interstate facility to commit murder for hire, and conspiracy to do the same, in violation of 18 U.S.C. § 1958(a).

7.   Because this affidavit is submitted only to obtain a criminal complaint and arrest warrant, I have set forth only those facts I believe are necessary to establish probable cause for the above-mentioned offenses.

8.   The facts in this affidavit come from my personal observations, interviews, police reports, body camera footage, jail calls, my training and experience, and information obtained from other agents, law enforcement officials, and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter.

## **INVESTIGATION**

9.   The United States, including the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), is conducting a criminal investigation of LUIS ALEJANDRO HENRIQUEZ-CHARAIMA, and both identified and unidentified co-conspirators regarding violations of 18 U.S.C. § 933(a)(1) and (a)(3) (firearms trafficking conspiracy and attempted firearms trafficking), 21 U.S.C. § 846 (conspiracy to distribute and possess with intent to distribute ketamine), and 18 U.S.C. § 1958(a) (use of a facility of interstate commerce with the intent to commit murder for hire, and conspiracy to do the same) (hereinafter "the Subject Offenses").

10.   As further discussed below, the ATF has been conducting an investigation into drug trafficking and firearms trafficking activity in the Denver, CO area since in or about October 2024. As part of that investigation, ATF undercover agents (UCs) conducted numerous undercover meetings with targets of the investigation.  During these meetings, UCs purchased a variety of items of evidentiary value, including firearms, ammunition, firearms parts and accessories, cocaine, and tusi, which is a narcotic known to originate from the country of Venezuela, is known to contain a variety of controlled substances including ketamine, methamphetamine, MDMA, and other street level narcotics, and is typically manufactured to be pink in color.

11.   In October of 2024, the ATF began an investigation into armed narcotics and firearms trafficking activities occurring in the Denver, CO area, stemming from information obtained from the Arapahoe County Sheriff's Office. A Confidential Informant ("CI") was directed by Your Affiant to frequent an apartment complex with an increase in criminal activity, located in Denver, CO, to obtain information relating to individual(s) engaged in criminal activity. The CI has been given monetary compensation in exchange for giving law enforcement reliable information on criminal activities on dozens of prior occasions, and no information provided by the CI has subsequently proven false. He/she is not trying to reduce any sentence in exchange for his/her cooperation.  The CI has past felony convictions, but none within the last 9 years, and none involving falsehoods or deception.

12.   According to the CI, he/she met an individual identified as Luis Aguilera-Pericaguan on or about October 9, 2024, in the area around the Ivy Crossing Apartment Homes complex. During the initial interaction, Aguilera-Pericaguan. discussed with the CI that Aguilera-Pericaguan.

was from Venezuela and has numerous associates in the Denver and Aurora areas who are also from Venezuela. Over the course of the next several weeks, the CI and Aguilera-Pericaguan. engaged in recorded communications in which Aguilera-Pericaguan. purported to be involved in firearms trafficking activities with his criminal associates.

13.     Between October 9, 2024, and June 6, 2025, ATF undercover agents (UCs) communicated and conducted numerous undercover meetings with both indicted and unindicted co-conspirators in this investigation. During these undercover meetings, UCs purchased a variety of items of evidentiary value to include firearms, ammunition, firearms parts and accessories, cocaine, and tusi, which is a narcotic known to originate from the country of Venezuela, is known to contain a variety of controlled substances including ketamine, methamphetamine, MDMA, and other street level narcotics, and is typically manufactured to be pink in color.

14.     Additionally, during the undercover meetings not discussed below, both indicted and unindicted co-conspirators in this investigation openly discussed with the UCs a variety of criminal activities that are not charged in this complaint but are continued to be actively investigated. The criminal activities the co-conspirators purported to be involved in with their criminal associates included female sex trafficking, firearms trafficking, narcotics trafficking, ATM jackpotting, and violent criminal activities to include robberies, assaults, and extortions.

15.     The ATF has identified HENRIQUEZ-CHARAIMA as one of the participants in a firearms trafficking conspiracy and drug trafficking conspiracy based on the following evidence: (1) On or about April 3, 2025, HENRIQUEZ-CHARAIMA organized a sale of a firearm to the UCs by Luis Aguilera-Pericaguan and Nelo Colmenarez-Morillo that had occurred on or about March 27, 2025; (2) On or about April 24, 2025, HENRIQUEZ-CHARAIMA organized a sale of firearms and approximately198 grams of tusi to the UCs by Jose David Rivas-Mendez; (3) On or about April 25, 2025, HENRIQUEZ-CHARAIMA organized a sale of a firearm to the UCs by Rosmer Javier Bello and Carlos Jeanphool Moreno-Montes De Oca; (4) On or about May 7, 2025, HENRIQUEZ-CHARAIMA organized a sale of two firearms and approximately 90 grams of tusi to the UCs by Jose David Rivas-Mendez and Antony Diaz-Gonzalez; and (5) Between on or about May 13, 2025 and May 15, 2025, HENRIQUEZ-CHARAIMA participated in a murder-for-hire conspiracy with Rivas-Mendez, Diaz-Gonzalez, Deomar Armando Mendez-Chavez, Dannys Alexis Moncada-Arteaga, and Jose Daniel Bencomo-Gutierrez. trafficking.

16.     The undercover meetings discussed below are only those with relevance as they pertain to the criminal activities of HENRIQUEZ-CHARAIMA for the specific purpose of this criminal complaint.

### *Undercover Purchase – March 27, 2025*

17.     Leading up to March 27, 2025, at the direction of ATF, the CI engaged in conversation with Aguilera-Pericaguan regarding purchasing firearms from Aguilera-Pericaguan and his criminal associates. Aguilera-Pericaguan was utilizing cellular phone number ██████████ during these recorded conversations. The CI coordinated a meeting in Arvada, CO, with the CI, UCs, Aguilera-Pericaguan and a previously unidentified male (who was subsequently identified as Nelo Colmenarez-Morillo).

18.     On March 27, 2025, Aguilera-Pericaguan and Colmenarez-Morillo met with ATF UCs to sell a firearm to the UCs. During the meeting, Colmenarez-Morillo produced a Ruger, model Ranch Rifle, .223 caliber rifle, bearing serial number 582-26752. The UCs informed Colmenarez-Morillo that the UCs wanted to purchase the firearm to traffic the firearm down to Mexico. Colmenarez-Morillo, who is a citizen of Venezuela and is in the United States illegally, agreed to sell the firearm to the UCs. The UCs paid Colmenarez-Morillo with pre-recorded buy money/U.S. currency for the firearm. After the purchase of the firearms was completed, Aguilera-Pericaguan was paid an additional amount of pre-recorded buy money/U.S. currency as a brokerage fee for the firearm transaction.

19.     During the undercover meeting, Colmenarez-Morillo provided the UCs with the phone number ▇▇▇▇▇▇ and informed the UCs they could contact Colmenarez-Morillo to conduct future firearm transactions. Later, on March 27, 2025, Colmenarez-Morillo placed a call utilizing cell phone number ▇▇▇▇▇▇ to an ATF UC to discuss additional firearms transactions, as well as future narcotics transactions involving tusi.

20.     Also, during the undercover meeting, Aguilera-Pericaguan provided the UCs with the WhatsApp contact "Jose David Gordo" with the phone number ▇▇▇▇▇▇. The UCs did not immediately contact this WhatsApp contact.



### Undercover Purchase – March 28, 2025

21.     Between March 27, 2025, and March 28, 2025, an ATF UC engaged in conversation with Colmenarez-Morillo regarding purchasing multiple firearms from Colmenarez-Morillo. Colmenarez-Morillo was utilizing cellular phone number 303-304-8684 during these recorded conversations.

22.     During the recorded conversations with a UC and Colmenarez-Morillo, Colmenarez-Morillo purported to the UC that Colmenarez-Morillo had the ability to sell a grenade containing explosives to the UC. The UC requested to meet with Colmenarez-Morillo to possibly purchase the grenade. Colmenarez-Morillo then informed the UC that Colmenarez-Morillo would have another individual contact the UC to coordinate the transaction involving firearms and grenades.

23.     On March 28, 2025, the individual utilizing WhatsApp contact "Jose David Gordo" with phone number ▇▇▇▇▇▇, contacted a UC and purported to have the ability to sell grenades to the UC. The individual remained in contact with the UC and subsequently met with ATF UCs at

4

an ATF undercover controlled location (UC Location). The individual utilizing WhatsApp contact "Jose David Gordo" with phone number ███████████, was subsequently identified as Jose David Rivas-Mendez.

24. On March 28, 2025, Rivas-Mendez drove to the UC Location. During the undercover meeting, Rivas-Mendez produced two firearms, specifically, a Sig Sauer, model P320, 9mm caliber pistol, bearing serial number 58A086337, and a Ruger, model SR22, .22LR caliber pistol, bearing serial number 36566885. Both of these firearms were identified as stolen firearms. The UCs explained to Rivas-Mendez that the UCs traffic the firearms to Mexico to sell. Additionally, the UCs informed Rivas-Mendez they were interested in seeing if the grenades were real. Rivas-Mendez purported to the UCs the grenades were in fact real, but the UCs would have to coordinate an additional meeting with another individual to purchase the grenades. The UCs paid Rivas-Mendez with pre-recorded buy money/U.S. currency for the purchase of the firearms. Rivas-Mendez informed the UCs that he would contact them on WhatsApp to conduct a future firearms transaction.



### Undercover Purchase – April 2, 2025

25. On April 2, 2025, three previously unidentified males (subsequently identified as Carlos Jeanphool Moreno-Montes De Oca, Rosmer Javier Bello-Garcia, and █████████████) arrived at the UC Location driving a green older model Toyota Camry bearing Colorado license plate number DDP-V14, driven by Moreno-Montes De Oca, with Bello-Garcia in the front passenger seat and Dugarte-Narvaez in the rear driver side seat.

26. During the meeting, Bello-Garcia produced a pink Ziplock baggie with hearts on it containing suspected narcotics, specifically tusi, which is known based on positive laboratory results in this investigation to contain a combination of ketamine, methamphetamine, MDMA, and other street level narcotics. As the UCs placed the bag containing suspected tusi on a digital scale, Moreno-Montes De Oca retrieved another digital scale from the Toyota Camry and placed the digital scale on the counter. The Ziplock baggie containing the suspected tusi weighed approximately 58 grams. The UCs asked the suspects about the price of the suspected tusi. Bello-Garcia and Moreno-Montes De Oca both confirmed the total price of the suspected tusi.

27.     The UCs asked Moreno-Montes De Oca, Bello-Garcia, and ████████████ if they had firearms for sale. Moreno-Montes De Oca and Bello-Garcia advised the UCs that the firearms would be sold at a separate transaction, and the UCs just need to contact their boss to arrange the purchase of firearms. The UCs counted out pre-recorded buy money/U.S. currency for the purchase of the firearms. Moreno-Montes De Oca advised the UCs that he need to take a picture of the pre-recorded buy money/U.S. currency to send to their boss to confirm the amount of money was correct for the purchase of the tusi.



*Undercover Communications – April 3, 2025*

28.     On April 3, 2025, the user of the WhatsApp phone number ████████████, with the WhatsApp contact "~Peña alexdaniel ◉ ⚬⚭ 😎," (later identified as HENRIQUEZ-CHARAIMA) contacted an ATF UC and offered multiple firearms for sale by sending pictures of firearms and prices for each firearm. The UC engaged with HENRIQUEZ-CHARAIMA in recorded conversations and asked how HENRIQUEZ-CHARAIMA obtained the UC's phone number. HENRIQUEZ-CHARAIMA informed the UC that HENRIQUEZ-CHARAIMA was the individual who coordinated the transaction when the UCs purchased a Ruger Ranch Rifle at an apartment complex on March 27, 2025. The UC remained in recorded contact with HENRIQUEZ-CHARAIMA discussing future firearms and narcotics transactions.

*Undercover Purchase – April 16, 2025*

29.     Between April 9, 2025, and April 16, 2025, a UC engaged in conversation with both Rivas-Mendez and HENRIQUEZ-CHARAIMA regarding purchasing multiple firearms and narcotics, specifically a drug referred to as "tusi" (a narcotic that is known on the street to contain a mixture of ketamine, methamphetamine, MDMA, and other street level narcotics), from Rivas-Mendez.

30.     On April 16, 2025, Rivas-Mendez drove to the UC Location to meet with the UCs. During the meeting, Rivas-Mendez produced two firearms specifically a Highpoint, model YC9, 9mm caliber pistol, bearing serial number YC004475, and a Remington, model 783, .308 caliber

6

rifle, bearing serial number RA67467B. These same firearms were sent by HENRIQUEZ-
CHARAIMA in a picture to the UC on April 14, 2025, followed by the WhatsApp message "Tengo
esta ah la mano mi viejo" which translates as "I have this in my hand, old old man." The UCs
informed Rivas-Mendez that the UCs wanted to purchase the firearms to traffic the firearms down to
Mexico. The UCs advised Rivas-Mendez they would not be able to make very much money on the
firearms in Mexico because Rivas-Mendez was trying to sell the Remington rifle to the UCs for too
much money. Rivas-Mendez then made a phone call to an unknown individual to discuss a final
price for the rifle. After the phone call, Rivas-Mendez and the UCs agreed on a final price for both
firearms.

31.     Rivas-Mendez agreed to sell the firearms to the UCs. The UCs paid Rivas-Mendez
with pre-recorded buy money/U.S. currency for the firearms. Rivas-Mendez also produced
approximately 58 grams of tusi to sell to the UCs. The UCs paid Rivas-Mendez with pre-recorded
buy money/U.S. currency for the purchase of the 58 grams of tusi. Rivas-Mendez was paid an
additional amount of pre-recorded buy money/U.S. currency as a brokerage fee for the firearms and
narcotics transaction.

32.     Immediately after the purchase of the firearms and tusi was completed, the UCs asked
Rivas-Mendez if he was still willing to assist the UCs with a vehicle repossession (a UC had previously
asked Rivas-Mendez during recorded communications prior to the undercover meeting if he would be willing
to assist with a vehicle repossession), and Rivas-Mendez agreed to help the UCs and CI with a vehicle
repossession.  Rivas-Mendez advised the UCs that Rivas-Mendez needed to go and meet the
individuals who had brought the firearms and narcotics to him to sell to the UCs so that Rivas-
Mendez could pay them. Rivas-Mendez initially began walking down the alley to go meet the
unknown individuals. The UCs told Rivas-Mendez that the UCs would take him to meet the
unknown individuals. The UCs then drove Rivas-Mendez around the block of the UC Location.
Rivas-Mendez directed the UCs to drive to a nearby park and park, and the UCs then parked the
vehicle in the parking lot area of the park. Rivas-Mendez indicated to the UCs that the individuals
that he was meeting were parked in a silver vehicle across the street from the park, and Rivas-
Mendez subsequently exited the undercover vehicle and walked across the street to meet unknown
individuals who were driving a silver Volkswagen Beetle sedan bearing Nebraska license plate
number ███████. The UCs observed Rivas-Mendez meet the individuals outside the passenger's
side of the vehicle and subsequently count out and pay the unknown individuals an unknown amount
of money prior to returning to the undercover vehicle.

7

 

***Undercover Repossession Ruse – April 16, 2025***

33.     After the above detailed undercover purchase, the UCs then conducted a "repossession" ruse, where they pretended to take a car from a person who owed them a debt. Rivas-Mendez accompanied them on this ruse operation.

34.     Immediately after Rivas-Mendez got back into the UC's vehicle ("UCV"), he pointed to the silver Volkswagen Beetle sedan and advised the UCs and CI that the Hispanic males in that vehicle are associates of Rivas-Mendez who were ready to help the UCs with any type of job. Rivas-Mendez continued to discuss potential jobs that he would assist the UCs with, and Rivas-Mendez advised the UCs that he would be willing to kill people for a job if the UCs needed someone taken out. Rivas-Mendez advised the UCs and CI that the Hispanic males in the silver Volkswagen beetle would be willing to kill for a job as well. The UCs asked if Rivas-Mendez was talking about the type of violent crimes as seen on the news and Rivas-Mendez advised that all the UCs needed to do is call Rivas-Mendez and he would come and shoot anyone that the UCs needed him to shoot.

35.     Rivas-Mendez advised the UCs and CI that when his organization is hired to conduct a job, like a murder, they would require half of the agreed upon payment up front prior to the initiation of the job, and the other half would be paid when the job is complete. The UCs and CI asked how many people Rivas-Mendez and his organization would typically use for this type of job. Rivas-Mendez advised the UCs and CI that the people in his organization require to know what the job is, how many people are needed for the job, and how much money they will get paid to complete the job before committing to any type of job. The UCs and CI asked Rivas-Mendez if his group had conducted these kinds of jobs before. Rivas-Mendez replied affirmatively. Rivas-Mendez further advised the UCs that the reason Rivas-Mendez and his associates don't sell the UCs all their firearms is because they keep some firearms for their own use in case they need them.

36.     Rivas-Mendez reiterated to the UCs and CI that his associates in the silver Volkswagen Beetle are some of his most dangerous associates who are willing to conduct any type of violent job. Rivas-Mendez advised the UCs and CI that his associates who would assist with this type of violent job are Venezuelan. The UCs and CI then informed Rivas-Mendez that an individual owes the UCs some money and the UCs were going to repossess a car as payment for the debt owed

to the UCs. Rivas-Mendez continued to inform the UCs and CI that the people from his organization would take anyone out that the UCs needed if the UCs were willing to pay them. Rivas-Mendez advised the UCs and CI that the videos of the crazy crimes with Venezuelans in the news are Rivas-Mendez's people. Rivas-Mendez further advised that his people just needed to know in advance about a job and they would be willing to assist the UCs.

37.     The UCs pointed to the tattoo on Rivas-Mendez's left hand and asked him if the tattoo meant anything in his organization. Rivas-Mendez pulled up his left arm sleeve to show the UCs the tattoo on his left hand and arm and pointed to a lion and a crown on his left forearm. During the repossession of the vehicle, Rivas-Mendez advised the UCs and CI that Rivas-Mendez would be willing to hit an individual in the head with a wooden bat if an individual tried to stop the UCs from repossessing a vehicle. Rivas-Mendez then advised the UCs that he also knows an individual who lives approximately three (3) hours away who has access to grenades for the UCs to purchase.

38.     Rivas-Mendez advised the UCs that he regularly carries a pistol with him and stated that he currently has a personal firearm, that is a Glock 9mm pistol with an extended magazine. As the UCs, CI, and Rivas-Mendez began driving back to the undercover location after the conclusion of the vehicle repossession ruse operation, Rivas-Mendez advised the UCs and CI that Rivas-Mendez has associates ready with firearms to conduct any type of job on behalf of the UCs. Rivas-Mendez advised that he would put the UCs in contact with the leaders of his organization. The UCs asked Rivas-Mendez about his previous comments that he also had access to providing females for the UCs and their associates, and Rivas-Mendez pulled out his cell phone and showed the UCs and CI multiple pictures of a female who was available to hire out for sexual favors. Rivas-Mendez advised the UCs and the CI that it would be no big deal to provide five (5) females to the UCs and their associate for sexual favors.

### Undercover Purchase – April 24, 2025

39.     Between April 17, 2025, and April 24, 2025, a UC engaged in conversation with Rivas-Mendez and HENRIQUEZ-CHARAIMA regarding purchasing multiple firearms and narcotics, specifically a drug called "tusi" as well as kilo quantities of methamphetamine, from Rivas-Mendez and HENRIQUEZ-CHARAIMA. During these recorded communications HENRIQUEZ-CHARAIMA was using WhatsApp phone number ▨▨▨▨▨▨, with the WhatsApp contact "~Peña alexdaniel ◉ ⚬⚬ 😎."

40.     On April 22, 2025, the UC and HENRIQUEZ-CHARAIMA engaged in recorded conversations. During these recorded conversations, the UC asked HENRIQUEZ-CHARAIMA if he is doing the same business or different business than Rivas-Mendez. HENRIQUEZ-CHARAIMA advised the UC that "Yo soy el que le manda todo con jose ello trabajan para mi" which translates to "I am the one who sends everything to Jose, they work for me." HENRIQUEZ-CHARAIMA further advised that UC that HENRIQUEZ-CHARAIMA is the one who possesses all the tusi and firearms. HENRIQUEZ-CHARAIMA further stated to the UC "En denver el que consigue todo en la calle soy yo y tengo ho las muchachos trabajando firme" which translates as "In Denver, the one who gets everything on the street is me, and I have the boys working hard."

41.     On April 24, 2025, Rivas-Mendez drove to the UC Location to meet with the UCs. During the meeting, Rivas-Mendez produced two firearms, specifically a Kel-tec, model Sub-2000,

9mm pistol, bearing S/N: FF0689, and an Essex Arms, model 1911, .45 caliber pistol, bearing S/N: 77206. Both of these same firearms were sent by HENRIQUEZ-CHARAIMA in pictures to the UC on April 24, 2025, followed by the WhatsApp message "Eso son los que le tengo. 1700. La larga y y 1000 la corta. Digame si le gusta." which translates as "That's what I have for you. $1,700. The long one, and the short one $1,000. Tell me if you like it." The UC sent a recorded message back to HENRIQUEZ-CHARAIMA advising HENRIQUEZ-CHARAIMA that the UC traffics the firearms to Mexico and cannot make a profit selling the firearms in Mexico if the UC purchases them at the prices of $1,700 and $1,000.

42.     Rivas-Mendez agreed to sell the firearms to the UCs. The UCs paid Rivas-Mendez in pre-recorded buy money/U.S. currency for the firearms. Rivas-Mendez also produced approximately 198 grams of tusi to sell to the UCs. The UCs paid Rivas-Mendez for the purchase of approximately 198 grams of tusi. Rivas-Mendez was paid an additional amount in pre-recorded buy money/U.S. currency as a brokerage fee for the firearms and narcotics transaction.



*Undercover Purchase – April 25, 2025*

43.     Between April 3, 2025, and April 25, 2025, a UC engaged in conversation with HENRIQUEZ-CHARAIMA regarding purchasing firearms and tusi from HENRIQUEZ-CHARAIMA and his criminal associates. HENRIQUEZ-CHARAIMA was utilizing WhatsApp phone number ███████, with the WhatsApp contact "~Peña alexdaniel ◎ ⌒⌒ 😎" during these recorded conversations.

44.     On April 25, 2025, HENRIQUEZ-CHARAIMA sent the address "840 S Oneida St, Denver, CO 80224" to the UCs as an address to meet at for the purpose of purchasing a firearm, which is located at the Cedar Run apartment complex.  The UCs drove to 840 S Oneida St, Denver, CO 80224. While the UCs were in the parking lot, the UCs observed Bello-Garcia and Moreno-Montes De Oca exit the 3rd floor exterior door of building A carrying a black bag. Moreno-Montes De Oca was observed to be talking on a cell phone. Bello-Garcia and Moreno-Montes De Oca then walked downstairs and approached the UCs, with Bello-Garcia carrying the black bag. Both Bello-Garcia and Moreno-Montes De Oca entered the UC's vehicle. Bello-Garcia pulled out a firearm, specifically an STS Arms, model ST-4, multi-caliber rifle, bearing serial number 0508 from the black bag and handed it to UCs. The UCs asked Bello-Garcia and Moreno-Montes De Oca where HENRIQUEZ-CHARAIMA was at, and Bello-Garcia advised that he was "cooking" as a reference

10

to cooking tusi. While Moreno-Montes De Oca was on an active phone call with an individual, the UCs asked Moreno-Montes De Oca if he was on the phone call with the individual utilizing WhatsApp phone number ▮▮▮▮▮▮▮, with the WhatsApp contact "~Peña alexdaniel 👁 👓 😎", to which Moreno-Montes De Oca replied affirmatively. The UCs advised Moreno-Montes De Oca to tell HENRIQUEZ-CHARAIMA to come down to meet the UCs to complete the sale of the firearm. Bello-Garcia advised that HENRIQUEZ-CHARAIMA was cooking and was not going to come down.

45.     The UCs overheard HENRIQUEZ-CHARAIMA ask Moreno-Montes De Oca if the UCs had provided the money for the firearm, to which Moreno-Montes De Oca stated "No." Upon overhearing HENRIQUEZ-CHARAIMA on speakerphone, a UC stated, "Well come down so that we can meet you." Moreno-Montes De Oca then advised the UCs that the individual on the phone was not the same individual that the UCs had been talking to (HENRIQUEZ-CHARAIMA). Moreno-Montes De Oca then said, "Ok, yes its him (HENRIQUEZ-CHARAIMA) but he is not here and at another location." Moreno-Montes De Oca then gave his cellphone to a UC to speak with HENRIQUEZ-CHARAIMA. A UC asked HENRIQUEZ-CHARAIMA to come meet the UCs, to which HENRIQUEZ-CHARAIMA replied, "I can't because I am at another apartment about 20 minutes away." A UC then asked HENRIQUEZ-CHARAIMA if he was the same person that the UC had been negotiating the purchase of the firearm, to which Alex Peña replied, "Yes, I am the same person." The UC then compared the profile photo on the WhatsApp application that displayed on Moreno-Montes De Oca's phone to the profile photo on the WhatsApp application that displayed on the UCs phone, and found that it was the same profile photo.

46.     The UC ended the phone call with HENRIQUEZ-CHARAIMA on Moreno-Montes De Oca's cell phone. The UC then placed a phone call to HENRIQUEZ-CHARAIMA via the WhatsApp application. The UC asked HENRIQUEZ-CHARAIMA why he had told the UC that he was at the Cedar Run Apartments and now did not want to meet. Alex Peña then stated, "I am here cooking, but I'll contact you later and we can then meet." The UC then offered HENRIQUEZ-CHARAIMA $1,500 for the STS Arms, model ST-4, multi-caliber rifle, bearing serial number 0508, to which Alex Peña replied, "No, the price was $2000." HENRIQUEZ-CHARAIMA then further stated, "We bought that for $1400 and are not making any profit." In front of the Moreno-Montes De Oca and Bello-Garcia, the UC advised HENRIQUEZ-CHARAIMA, "I don't make a profit when I sell this in Mexico. I may make $2,000." The UC then offered HENRIQUEZ-CHARAIMA $1,800 to which HENRIQUEZ-CHARAIMA replied, "Ok." The UC then ended the phone call with HENRIQUEZ-CHARAIMA.

47.     The UC paid Bello-Garcia with pre-recorded buy money/U.S. currency for the firearm. Bello-Garcia and Moreno-Montes De Oca exited the UCs vehicle and walked back into Building A. The UCs then left the Cedar Run apartment complex.



***Undercover Repossession Ruse – May 1, 2025***

48.    Between April 24, 2025, and May 1, 2025, a UC engaged in conversation with Rivas-Mendez discussing an additional vehicle repossession job for Rivas-Mendez and some of his criminal associates.

49.    On May 1, 2025, Rivas-Mendez and two (2) individuals identified as ███████ ███████████ and a juvenile drove to the UC Location to meet with the UCs for the purpose of assisting the UCs with the repossession of a vehicle. After arriving at the UC Location, a UC, CI, Rivas-Mendez, █████████████ and the juvenile got into an undercover vehicle (UCV-1) and left the UC Location together.

50.    As a UC, CI, Rivas-Mendez, █████████████ and the juvenile were driving together in UCV-1 to conduct the vehicle repossession, Rivas-Mendez advised that he and his associates were armed. Rivas-Mendez further advised that both of his associates, ███████████ and the juvenile who were in the backseat of the UCV with the CI, were also both armed. The UC, CI, Rivas-Mendez, █████████████ and the juvenile then drove to a pre-staged location for the repossession ruse where they met with additional UCs. Once the repossession ruse was complete and an additional undercover vehicle was obtained (UCV-2), Rivas-Mendez got into the car with two UCs, while another UC, CI, █████████████ and the juvenile drove back separately to the UC Location.

51.    On the ride back to the undercover location in UCV-2 with two UCs, Rivas-Mendez advised the UCs that he was trying to show off and then retrieved a black pistol from the shoulder bag that he was wearing and set it on the center console of UCV-2 in plain view of the UCs. Rivas-Mendez advised the UCs that he would be willing to sell the firearm depending on the price. Rivas-Mendez left the loaded pistol out in plain view on the vehicle console for the duration of the drive back to the undercover location.

52.     The UCs asked Rivas-Mendez if ████████████ and the juvenile were also carrying firearms and Rivas-Mendez advised that they were carrying the same type of firearm that he had, but that they would not be selling those because those firearms were their personal firearms. Rivas-Mendez advised the UCs that a friend was putting a firearm together for him that has a chromed-out slide with a blue frame but further stated that he didn't have the firearm yet because he didn't have enough money.

53.     Rivas-Mendez advised the UCs that he was trying to "shoot lead" today to start it off and be called "assassins." The UCs then advised Rivas-Mendez that there was a hotel nearby where the UCs would sometimes take women, and Rivas-Mendez responded that he knew that location because he did construction jobs near there. The UCs advised Rivas-Mendez that UCs would also be ready to purchase more tusi next week but further stated that they can't sell any narcotics right now due to territorial disputes. The UCs advised Rivas-Mendez that if the UCs were caught selling narcotics in a rival gang's area that it would result in a shootout with the rival gang. Rivas-Mendez replied that he knows how that type of situation goes. Rivas-Mendez then advised the UCs that he had ten (10) ounces of tusi ready to sell.

54.     On the ride back to the undercover location in UCV-1 with a UC, the CI, ████████████ and the juvenile, the UC and CI asked ████████████ and the juvenile if they had done this type of activity on previous occasions. ████████████ and the juvenile advised the UC and the CI that they have previously engaged in this type of activity in Venezuela. ████████ and the juvenile further advised that they are quiet people, but that they are interested in doing anything.

55.     ████████████ and the juvenile stated that if they UCs needed them to assist with jobs in the future, the UCs should contact Rivas-Mendez. They further advised that ████████ is Rivas-Mendez's younger brother, and the juvenile is Rivas-Mendez's cousin. ████████ ████████ and the juvenile advised the UC and CI that they are down for beating people up and that they do this type of activity together all the time anywhere. The CI asked if they would take extreme measures in necessary situations and ████████████ responded saying they would shoot someone in the head, if necessary, like they do in Venezuela. ████████ advised they are all a part of one group and that communication runs through the one group. The CI asked if they had more people in case they were needed and ████████████ and the juvenile then began to advise that if the UCs needed a stabber or an assassin/hitman, ████████████ and the juvenile would be able to provide that for the UCs. The UC and CI advised that the UCs were currently in conflict with a local motorcycle gang. ████████████ and the juvenile replied that the motorcycle gangs weren't violent or tough, but that ████████████ and the juvenile were the tough/violent ones. ████████████ and the juvenile advised they do not like to talk but like to do, and they show through their work.

56.     ████████████ and the juvenile then advised the UC and CI that whenever they were needed to go kill or do a job that they would be available and would want to talk about pricing with the UCs. ████████████ and the juvenile advised that each state in the U.S. has their own boss and they all report through that one boss. ████████████ and the juvenile stated their boss knew what activities they were involved in each time they conducted a job. ████████████ and the juvenile again advised that if the UCs need someone to kill or stab, they would be able to provide that specific type of worker for the UCs. ████████████ and the juvenile further advised they

had many people to provide for the UCs, but the UCs would just have to coordinate any job through Rivas-Mendez.

57. After everyone got back to the UC Location, the UCs paid Rivas-Mendez, ████████████ and the juvenile in pre-recorded buy money/U.S. Currency each individually for their assistance with the vehicle repossession. Additionally, the UCs paid addition pre-recorded buy money/U.S. Currency to Rivas-Mendez for the purchase of the firearm that Rivas-Mendez carried during the job, which was a Beretta, model APX A1, 9mm caliber pistol, bearing S/N: AXC121371, and was loaded with 9mm caliber ammunition.

58. With regards to the Beretta pistol purchased from Rivas-Mendez, Alex Peña sent a picture of the Beretta pistol on April 26, 2025, and stated "Tengo esa" which translates as "I have that."

59. On May 1, 2025, after the conclusion of the undercover interaction with Rivas-Mendez, ████████████ and the juvenile, a UC placed a controlled phone call to Rivas-Mendez. Rivas-Mendez advised the UC that he had helped (understood to be referring to participating in the ATF UC repossession operation) and he had negotiated a payment amount with his associates for participating in the repossession operation. Rivas-Mendez further stated, "You offered me a price, and I offered another price to the two (2) individuals that I took. However, when we were there, they (understood to be referring to the ATF UCs) changed the script and what I need is that you talk to your boss because I don't want what happened today to ever happen again." The UC then asked Rivas-Mendez if the UCs had changed the payment price on him to which Rivas-Mendez stated, "What happened is that I already had a deal with my people and my agreement with my payment price is something different because I negotiate that with them. You can't change the script with my people. You can change the script with me but not with my people because I look for my people through someone else and I then have to offer that person a price and then that person offers the people another price." Rivas-Mendez further stated, "What I don't want to happen is what happened today so talk to your boss, because your boss needs help, your boss can talk to me and I will talk to my people. Your boss needs to pay me and not pay my people because your boss is negotiating with me and the one responsible for my people is me." The UC advised Rivas-Mendez that the UC would speak to the UCs. Rivas-Mendez then stated, "I have an elder who charges me for the people that help and so I set a price, but when they (understood to be referring to the ATF UCs) pay the guys $500 and the elder had already offered to pay the people that helped $300 because he was going to keep half. I hope this doesn't happen again if you want to keep doing business with me because I respect your decision. Now, I have to give up what profit I made to pay the elder."



*Undercover Communications –* **HENRIQUEZ-CHARAIMA** *– May 2, 2025*

60.     On May 2, 2025, the WhatsApp number ▓▓▓▓▓▓▓ with the WhatsApp contact "~🌙rey De Yeres 😍😻" randomly contacted a UC and offered multiple firearms for sale by sending pictures of firearms. The UC inquired about who this individual was, and the individual responded by saying he is "Alex," that he is the one that people call "el chino," and that he is the individual who sends "Jose" (referring to Rivas-Mendez) to sell firearms and tusi to the UC. The contact picture on May 2, 2025, for the WhatsApp contact "~🌙rey De Yeres 😍😻" was the same Hispanic male from the WhatsApp contact pictures for WhatsApp contact "~Peña alexdaniel 🔵🍒😍." The individual utilizing the WhatsApp contact "~🌙rey De Yeres 😍😻" was discovered to be the same individual who had been utilizing WhatsApp contact "~Peña alexdaniel 🔵🍒😍." Subsequent investigation supports that they are the same person, and therefore that person will be referred to also as HENRIQUEZ-CHARAIMA.

## *Undercover Purchase – May 07, 2025*

61.     Between April 25, 2025, and May 7, 2025, a UC engaged in conversation with both Rivas-Mendez and HENRIQUEZ-CHARAIMA regarding purchasing multiple firearms and narcotics, specifically a drug called "tusi", from Rivas-Mendez and HENRIQUEZ-CHARAIMA. During these recorded communications, HENRIQUEZ-CHARAIMA was utilizing WhatsApp contact "~🌙rey De Yeres 😍😻" with WhatsApp number ▓▓▓▓▓▓▓.

62.     On May 7, 2025, Rivas-Mendez and an individual identified as Antony Diaz-Gonzalez drove to the UC Location to meet with the UCs. Rivas-Mendez and Diaz-Gonzalez arrived at the UC Location in a red Kia sedan bearing Colorado license plate ▓▓▓▓▓▓. During the meeting, the suspects opened the trunk of the red Kia sedan and removed items from a clothing hamper located in the trunk. Rivas-Mendez produced two firearms specifically a Sig Sauer, model P365, 9mm caliber pistol, bearing S/N: 66F706087, and an SCCY, model CPX-2, 9mm caliber pistol, bearing S/N: C229415. Rivas-Mendez agreed to sell the firearms to the UCs. The UCs paid Rivas-Mendez in pre-recorded buy money/U.S. currency for the firearms. Rivas-Mendez also

produced approximately 90 grams of tusi to sell to the UCs. The UCs paid Rivas-Mendez in pre-recorded buy money/U.S. currency for the purchase of 90 grams of tusi.



### Murder for Hire Discussions – May 13-14, 2025

63.     Between May 1, 2025, and May 15, 2025, a UC engaged in conversation with both Rivas-Mendez and HENRIQUEZ-CHARAIMA regarding Rivas-Mendez and other individuals being willing to commit a murder-for-hire on behalf of the UCs. HENRIQUEZ-CHARAIMA was utilizing WhatsApp contact "~🤙rey De Yeres 😍🥳" with WhatsApp phone number ▌▌▌ during these recorded conversations.

64.     More specifically, on May 13, 2025, a UC placed a phone call utilizing WhatsApp to Rivas-Mendez discussing Rivas-Mendez and his associates being willing to commit a murder on behalf of the UCs. Previously, during the undercover meetings with Rivas-Mendez on April 16, 2025, and May 1, 2025, Rivas-Mendez and his associates who interacted with the UCs made numerous statements to the UCs indicating that they were willing to commit violent crimes, to include murder, on behalf of the UCs for a fee. Rivas-Mendez and his associates advised the UCs they conduct this type of activity often, and have committed violent crimes, to include murders, in their county of Venezuela. Rivas-Mendez and his associates advised the UCs that if someone owes a debt in Venezuela and they don't pay their debt, Rivas-Mendez's associates would shoot the debtor in the head and then take all of their personal belongings.

65.     Due to their willingness to commit violent crimes, to include murder, on behalf of the UCs for a fee, the UCs then approached Rivas-Mendez about a specific situation that arose that might need a violent crime committed. During the recorded phone call on May 13, 2025, a UC asked Rivas-Mendez if he was serious about committing a violent crime, to include murder, like he had previously advised. Rivas-Mendez confirmed that he and his associates were serious about committing a murder for a fee. Immediately following that phone call, HENRIQUEZ-CHARAIMA attempted to contact the UC utilizing WhatsApp contact "~🤙rey De Yeres 😍🥳" with WhatsApp phone number ▌▌▌. Shortly after that attempted phone contact, Rivas-Mendez advised the UC that Rivas-Mendez's boss was attempting to get ahold of the UC. Rivas-Mendez then forwarded a voice message to the UC that had HENRIQUEZ-CHARAIMA's voice. HENRIQUEZ-CHARAIMA advised that he will "activate" several individuals to commit a murder on behalf of the

UC for a fee. HENRIQUEZ-CHARAIMA advised that because "homicide" in the United States is a serious offense, HENRIQUEZ-CHARAIMA and his associates needed to be paid an appropriate fee to commit the murder.

66.     Following the voice message the UC received from Rivas-Mendez on May 13, 2025, the UC had a phone call with HENRIQUEZ-CHARAIMA, utilizing WhatsApp contact "~🤙rey De Yeres 😍🥵" with WhatsApp phone number ▮▮▮▮▮▮▮▮. The UC discussed with HENRIQUEZ-CHARAIMA if the job is something he and his people would be willing to conduct. HENRIQUEZ-CHARAIMA advised the UC it is something they would conduct for the right payment.

67.     On May 14, 2025, HENRIQUEZ-CHARAIMA sent a picture of two black semi-automatic pistols and a silver revolver to the UC. HENRIQUEZ-CHARAIMA advised the UC that the individuals who were going to commit the murder on behalf of the UCs for a fee would be using these firearms. These firearms were the same three firearms that were subsequently recovered by the ATF on May 15, 2025, as described below.



68.     Also on May 14, 2025, after engaging in recorded communications with both Rivas-Mendez and HENRIQUEZ-CHARAIMA, a UC advised Rivas-Mendez that the UCs wanted to speak to Rivas-Mendez in person about the murder-for-hire job. After requesting the meeting, Rivas-Mendez and Diaz-Gonzalez (who had previously driven Rivas-Mendez to the UC Location to sell firearms and tusi to the UCs) arrived at the UC location. During the meeting, the UCs explained to Rivas-Mendez and Diaz-Gonzalez that one of the UCs whom Rivas-Mendez and Diaz-Gonzalez had previously met got beat up by a rival gang. As previously discussed on May 13 and May 14 in recorded communications, Rivas-Mendez and Diaz-Gonzalez engaged in conversation with the UCs discussing committing murder to fight back the rival gang. While discussing the method of revenge, Rivas-Mendez stated, "Look, I have to ask you this question because the government is tough, and I have to find my people a way in and a way out. I have to make sure my people are taken care of. We are not going to play. If we go in we have to burn everything and have to take out everyone." At the same time, Diaz-Gonzalez asked the UCs, "Do you want to beat him up or do you want to kill him." Rivas-Mendez then got up from his seat and asked the UCs, "Have you never seen a video of Venezuelans when they go in and kill? They go in and take everyone out" (Rivas-Mendez then got up from his seat and simulated shooting an air gun and pretended to shoot people). Rivas-Mendez further stated, "They don't go inside asking who is who. If you give me a photograph and ask that they bring you the body then they will bring you the body." Rivas-Mendez then stated while

17

referring to the UC who had gotten beat up by the rival gang, "They beat him up pretty badly so we have to kill them. If they get ahold of him again (understood to be referring to the UC purported to be beat up), they are going to kill him. You have to kill them. You guys are going to be in a war with those people."

69.     The UCs then asked Rivas-Mendez how much he would charge for the murder of two (2) people. Rivas-Mendez then stated, "I am going to be clear and I am going to talk to the boss. In your country (understood to be referring to the U.S.) we will not kill a white dog. A Latino will be easier. How much do you offer me so I can then talk to my boss. You give me a price and I can call him right away. He will then tell me, yes take it or leave it." One of the UCs then advises another UC that Alex Peña had previously asked to be paid $5,000 via text message. The UCs then offered to pay Rivas-Mendez and his associates $5,000 per person. Rivas-Mendez then stated, "This is what I told him (understood to be referring to Alex Peña) because he once asked me. If he is white, it is more expensive. We are not going to kill a Latino or any other person. It will be a crazy problem and will look for him even under rocks." The UCs then asked Rivas-Mendez if he had to call his boss to confirm how much they wanted to get paid for the murder.

70.     Rivas-Mendez then asked, "Ok, so for two (2) people it will be $10,000?" The UCs then asked Rivas-Mendez who would receive the payment to which Rivas-Mendez replied, "It will be to me. That is why I am here today and tomorrow when the other individuals come, I will be here too." The UCs then advised Rivas-Mendez that the UCs will pay him $10,000 as payment for the murder of two (2) individuals. The UCs then asked Rivas-Mendez how much would his boss get paid to which he stated, "I don't know how much he (understood to be referring to Alex Peña) will get paid because I am sure you already talked to him." Rivas-Mendez then asked, "How many individuals did he promise you, four or five? You guys haven't talked about price?" The UCs then advised Rivas-Mendez that the UCs would call Alex Peña and confirm the payment amount.

71.     A UC then placed a phone call to HENRIQUEZ-CHARAIMA, utilizing WhatsApp contact "~ 🧒 rey De Yeres 😍 😍" with WhatsApp phone number ███████████. While the UC was placing the telephone call, Rivas-Mendez stated to the UCs, "We have to kill those people." HENRIQUEZ-CHARAIMA answered the UC's telephone call and the UCs then provided the phone to Rivas-Mendez. Rivas-Mendez then advised HENRIQUEZ-CHARAIMA that the UCs were offering to pay $10,000 for the murder of two (2) individuals. HENRIQUEZ-CHARAIMA then stated, "How about $15,000?" HENRIQUEZ-CHARAIMA then asked the UCs for half of the payment and requested that the remaining half be paid after the murder was committed. The UCs then advised that the UCs were willing to pay a total of $15,000 but did not have the money and would have it all the next day. The UCs advised HENRIQUEZ-CHARAIMA that the UCs would pay him half of the payment when his associates arrived and the other half once the murder was committed. HENRIQUEZ-CHARAIMA then agreed to the payment arrangement.

72.     The UCs then advised Rivas-Mendez that the rival gang took a vest from the UC when they beat him up. The UCs offered a bonus of $2,000 if Rivas-Mendez and his associates brought back the vest to the UCs. Rivas-Mendez then asked the UCs if he could take a photograph of the vest and walked towards his vehicle to retrieve a cellphone. Rivas-Mendez then asked, "If we bring back their heads how much would you pay us? We take care of that quickly with a machete." The UCs then advised that the UCs would pay a total of $20,000 to which Rivas-Mendez replied, "For the head in hand? Ok you got it."

18

73.     The UCs then asked Rivas-Mendez and Diaz-Gonzalez if they had murdered before to which Rivas-Mendez replied, "This is like a game to them." Diaz-Gonzalez then stated, "They are used to that." Rivas-Mendez then stated, "This to them is like playing golf for you guys. It's all laughs. Those others are even crazier." The UCs then advised Rivas-Mendez and Diaz-Gonzalez that if any mistakes were made the next day then a war would ensue to which Rivas-Mendez replied, "Don't worry it's going to be a war tomorrow." Rivas-Mendez then stated, "Look, if you don't give me the details correctly, and there are more people, they are going to take out everyone that are around them. Make sure you give the individuals photos and the correct location if you only want two." Rivas-Mendez then advised he would advise his people and would return the following day to conduct the murder.

### *Murder for Hire – May 15, 2025*

74.     On May 15, 2025, Rivas-Mendez and three previously unidentified individuals, subsequently identified as Deomar Armando Mendez-Chavez, Dannys Alexis Moncada-Arteaga, and Jose Daniel Bencomo-Gutierrez, arrived at the UC Location, in order to commit a murder on behalf of the UCs. During the meeting on May 15, 2025, the individuals who were present produced three firearms. In the presence of the UCs, the individuals wiped down their firearms with Clorox cleaning wipes. The individuals also unloaded the three firearms, wiped down each round of ammunition with the Clorox cleaning wipes, put on surgical gloves, and re-loaded their firearms with the cleaned ammunition while wearing the gloves. The individuals discussed their willingness to commit a murder on behalf of the UCs for a fee. The individuals demonstrated to the UCs how they were going to kill two people on behalf of the UCs. The individuals asked the UCs if they would get a bonus payment if they brought back the heads of the individuals they killed as proof to the UCs that the murder of the individuals was completed.

75.     Throughout the undercover interaction on May 15, 2025, Rivas-Mendez was observed to make multiple calls to HENRIQUEZ-CHARAIMA.  During the calls, HENRIQUEZ-CHARAIMA interacted with the UCs, discussing the payment the UCs would provide for the individuals committing the murder on behalf of the UCs. HENRIQUEZ-CHARAIMA was also observed advising the individuals how they will commit the murder.

76.     During this undercover meeting on May 15, 2025, Rivas-Mendez was observed making multiple phone calls to HENRIQUEZ-CHARAIMA. Additionally, the UCs heard the voice of HENRIQUEZ-CHARAIMA communicating with Rivas-Mendez on a video call. During that video call, undercover surveillance equipment at the UC Location captured an individual matching the description of Alex Peña on the video calls. During the calls, HENRIQUEZ-CHARAIMA interacted with a UC, discussing the payment the UC would provide for the individuals committing the murder on behalf of the UCs. HENRIQUEZ-CHARAIMA was also observed to advise the individuals how they will commit the murder.

77.     After placing two of the loaded firearms into the back of a vehicle they would drive to commit the murder, Rivas-Mendez, Bencomo-Gutierrez, Mendez-Chavez, and Moncada-Arteaga were taken into custody. After being taken into custody, the four suspects each had a cell phone recovered in their possession. The cell phone recovered in the possession of Rivas-Mendez is the cell phone Rivas-Mendez had been utilizing to communicate with the UC during this investigation. Immediately following the arrest, the cell phone recovered in the possession of Rivas-Mendez was

observed to have numerous incoming calls coming from the WhatsApp phone contact "~ 👋 rey De Yeres 😍 🥳" with WhatsApp phone number ████████████ (HENRIQUEZ-CHARAIMA).

78.     Also following the arrest of the suspects, the WhatsApp phone number ████████████ ████, with WhatsApp contact name "hijo de dios" was observed to have numerous incoming calls to the phone belonging to Rivas-Mendez. The UC temporarily stopped communicating with HENRIQUEZ-CHARAIMA after the arrest of the suspects.

### *Communications Following Arrests on May 15, 2025*

79.     On May 16, 2025, the WhatsApp phone number ████████████, with WhatsApp contact name "hijo de dios", sent messages to the UC that were translated to say "You did a good job getting my people. I knew you guys were police. Just like you got my people yesterday, I got something for you and your people. Cocksucker." This was the first instance of the WhatsApp phone number ████████████, with WhatsApp contact name "hijo de dios" engaging in communications with the UC. This was the same number that attempted to contact Rivas-Mendez after the arrests on May 15, 2025.

80.     On May 19, 2025, Aguilera-Pericaguan was arrested due to his immigration status and was taken into custody without incident . Subsequent to his arrest, a cell phone was recovered in his possession. On May 21, 2025, United States Magistrate Judge Cyrus Y. Chung authorized a search warrant for the ATF to search the phone belonging to Aguilera-Pericaguan. After a brief review of the cell phone, a WhatsApp message between Aguilera-Pericaguan and the WhatsApp phone number ████████████, with WhatsApp contact name "hijo de dios" was discovered. In the WhatsApp messages between Aguilera-Pericaguan and the WhatsApp phone number ████████ ████, with WhatsApp contact name "hijo de dios," numerous voice messages were discovered on May 18, 2025. Based on a review of the voice messages being sent from the WhatsApp phone number ████████████, with WhatsApp contact name "hijo de dios," the individual utilizing the WhatsApp phone number ████████████, with WhatsApp contact name "hijo de dios," was subsequently identified as the same voice of the individual communicating with the UC as WhatsApp contact "~Peña alexdaniel ◉ ♋ 😎" and WhatsApp contact "~ 👋 rey De Yeres 😍 🥳" (HENRIQUEZ-CHARAIMA).

81.     Between the dates of May 16, 2025, and June 6, 2025, a UC continued to stay in recorded communications with HENRIQUEZ-CHARAIMA by communicating with the WhatsApp phone contact "~ 👋 rey De Yeres 😍 🥳" with WhatsApp phone number ████████████. The UC attempted to explain to HENRIQUEZ-CHARAIMA that the UC was arrested with HENRIQUEZ-CHARAIMA's criminal associates on May 15, 2025. HENRIQUEZ-CHARAIMA continued to engage in recorded communications with the UC discussing firearms and narcotics trafficking activities. However, due to the threatening message the UC received on May 16 2025, from HENRIQUEZ-CHARAIMA utilizing the WhatsApp phone number ████████████, with WhatsApp contact name "hijo de dios," the ATF chose not to engage in further undercover interactions with HENRIQUEZ-CHARAIMA and his criminal associates. In recorded communications between the UC and HENRIQUEZ-CHARAIMA, communicating with the WhatsApp phone contact "~ 👋 rey De Yeres 😍 🥳" with WhatsApp phone number ████████████ ████, HENRIQUEZ-CHARAIMA appeared frustrated by the UC's unwillingness to continue to

conduct business directed by Alex Peña. On May 25, 2025, HENRIQUEZ-CHARAIMA communicating with the WhatsApp phone contact "~🍗rey De Yeres 😍🤩" with WhatsApp phone number ▓▓▓▓▓▓▓, sent messages to the UC that said "Si tu dices que no eres policia respindeme por mis hierro. Aunque yo se que ustedes son policia…. Quieres que te entregue ah alguien mas pesado que yo del tren de Aragua… cuadremos. Que yo se que estedes son de la D.E.A." These messages translate as "If you say you're not a cop, give me my due. Although I know you're cops... You want me to hand you over to someone more powerful than me from Tren de Aragua... let's get it right. I know you're from the D.E.A."

82.    HENRIQUEZ-CHARAIMA further advised the UC that in order to prove the UC wasn't police, the UC needed to send money to HENRIQUEZ-CHARAIMA to remedy the fact that HENRIQUEZ-CHARAIMA lost three (3) firearms during the arrest of his people on May 15, 2025. Alex Peña then provided the UC with Zelle account information for the UC to send money to for the payment of the firearms from the May 15, 2025, murder-for-hire operation. On June 2, 2025, the ATF sent U.S. currency using Zelle to the account HENRIQUEZ-CHARAIMA provided for the payment of the firearms from the May 15, 2025, murder-for-hire operation.

83.    On June 6, 2025, a UC placed recorded phone calls with LUIS ALEJANDRO HENRIQUEZ-CHARAIMA, communicating with the WhatsApp phone contact "~🍗rey De Yeres 😍🤩" with WhatsApp phone number ▓▓▓▓▓▓▓. During this recorded call with HENRIQUEZ-CHARAIMA, the UC advised that the tusi the UCs had purchased from HENRIQUEZ-CHARAIMA was not as good as the tusi the UCs purchased from other individuals previously. The UC advised that the UCs were not able to sell the tusi they had purchased from HENRIQUEZ-CHARAIMA. The UC then asked what kind of substances were in the tusi the UCs had purchased from HENRIQUEZ-CHARAIMA. HENRIQUEZ-CHARAIMA advised the UC that the tusi he sells has ketamine in the tusi.

### Review of Facebook Account for HENRIQUEZ-CHARAIMA

84.    During the undercover communications between a UC and HENRIQUEZ-CHARAIMA, the individual communicating with the UC utilizing WhatsApp contact "~Peña alexdaniel 🔵🍒😍" initially had a contact photo of a small child. After a search of open-source Facebook information, a Facebook account with the Facebook name "LA HC Ortiz" was discovered. The Facebook account had a personalized profile link listed as "https://www.facebook.com/luisalejandro.henriquezcharaima". After a review of the publicly viewable photos, the exact same picture of a small child as seen in the profile picture for WhatsApp contact "~Peña alexdaniel 🔵🍒😍" was found on the Facebook page with the profile link listed as "https://www.facebook.com/luisalejandro.henriquezcharaima." Additionally, numerous other pictures of the same child were observed in pictures with a single Hispanic adult male.




*From Facebook*                     *WhatsApp Profile*

85.     Throughout the undercover communications between a UC and HENRIQUEZ-CHARAIMA, the WhatsApp contacts "~Peña alexdaniel 🎯 🎈 😈 " and "~ 🌹 rey De Yeres 😍 😺 " posted numerous pictures of the same Hispanic adult male as their profile pictures. The Hispanic adult male in these profile pictures was the same Hispanic adult male with pictures dating back several years on the Facebook page with the profile link listed as "https://www.facebook.com/luisalejandro.henriquezcharaima."





*From Facebook*                    *WhatsApp Profile*







*From Facebook*                    *WhatsApp Profile*

 

*From Facebook*          *WhatsApp Profile*

## *Review of Recovered Cell Phone Devices*

86.    On May ▇ 2025, a federal search warrant, based on evidence in this investigation from undercover purchases coordinated by HENRIQUEZ-CHARAIMA, was executed at ▇▇ ▇▇▇ Aurora, CO 80012. During the search warrant, a ▇ identified as ▇▇▇ was detained by law enforcement officers after ▇ was contacted inside the residence. Two (2) Apple iPhones were recovered and identified as belonging to ▇▇▇. After a review of the iPhones belonging to ▇▇▇ numerous pictures and videos of HENRIQUEZ-CHARAIMA were found on ▇ phones.

87.    Within the Facebook Messenger application on one of the devices belonging to ▇▇▇ was a conversation between ▇▇▇ and the Facebook account for HENRIQUEZ-CHARAIMA with the profile link listed as "https://www.facebook.com/luisalejandro.henriquezcharaima." On May ▇ 2025, HENRIQUEZ-CHARAIMA sent a screenshot image of the WhatsApp contact "~ 🧡 rey De Yeres 😍 🥹," with the WhatsApp phone number ▇▇▇. Immediately after sending the screenshot image, HENRIQUEZ-CHARAIMA sent a voice recording with the same voice identified as the user of the WhatsApp contact "~Peña alexdaniel 🔵 🔴🔴 😎" throughout this investigation. HENRIQUEZ-CHARAIMA advised ▇▇▇ that "Last night I was out handling something. Here's my phone, add me."

88. A picture found on one of the devices belonging to ███████████ was a picture of HENRIQUEZ-CHARAIMA wearing red sweatpants and a red sweatshirt. The picture showed that it was taken at ███████████ 2025. Based on the surroundings, street signs, and buildings, it was determined the picture appeared to be physically taken at the corner of ███████████ Denver, Colorado.

89. On May 15, 2025, Rivas-Mendez was arrested during the murder-for-hire arrest operation at the UC Location. Rivas-Mendez was taken into custody. Rivas-Mendez had a cell phone recovered in his possession. The cell phone recovered in the possession of Rivas-Mendez was subsequently searched. A WhatsApp contact was found with the WhatsApp phone number █████ with WhatsApp contact "Tokyo" was found on Rivas-Mendez's cell phone. The profile picture for the WhatsApp contact "Tokyo" was a picture of HENRIQUEZ-CHARAIMA. Numerous voice messages from the contact "Tokyo" were determined to be the exact same voice of HENRIQUEZ-CHARAIMA as used to communicate during the investigation with ATF UCs using the same WhatsApp phone number ███████████, with the WhatsApp contact "~Peña alexdaniel 🔵 🍒 😎."

90. Also on the cell phone belonging to Rivas-Mendez, a WhatsApp contact was found with the WhatsApp phone number ███████████ and WhatsApp contact "~👊 rey De Yeres 😍 🙀". The profile picture of the WhatsApp contact "~👊 rey De Yeres 😍 🙀" was a picture of HENRIQUEZ-CHARAIMA. Additionally, numerous voice messages from the contact "~👊 rey De Yeres 😍 🙀" were determined to be the exact same voice as used to communicate during the investigation with a UC with Alex Peña using the same WhatsApp phone number ███████████, with the WhatsApp contact "~👊 rey De Yeres 😍 🙀."

### *Review of Law Enforcement Contacts*

91. On December 10, 2023, LUIS ALEJANDRO HENRIQUEZ-CHARAIMA was contacted by U.S. Customs and Border Protection (CBP) agents in Eagle Pass, TX. During the law enforcement contact, HENRIQUEZ-CHARAIMA was identified as illegally entering the U.S. along with his spouse, identified as ███████████, and ███████ male child, identified as ███████████, according to law enforcement reports from Immigration and Customs Enforcement (ICE). Additionally, a document uploaded to the ICE database from the contact with HENRIQUEZ-CHARAIMA on December 10, 2023, was a copy of HENRIQUEZ-CHARAIMA's Venezuelan National Identity Card.



92. On October 12, 2024, a vehicle bearing no license plates was observed leaving the parking lot of ▮▮▮ Morrison Rd., Denver, CO. A Denver Police Department (DPD) Officer conducted a traffic stop on the vehicle in the area of S Irving St/ W Cedar Ave. The passenger of the vehicle was identified by a Venezuelan ID as LUIS ALEJANDRO HENRIQUEZ-CHARAIMA (DOB ▮▮▮▮). During this traffic stop, suspected cocaine was recovered in a small red baggie from inside of the vehicle after verbal consent to search the vehicle was given. Drug Enforcement Administration (DEA) Special Agents conducted a field test on this substance inside of the baggie, revealing a positive presumptive for cocaine and methamphetamine. After he was advised of his Miranda rights and agreed to speak with the officers, HENRIQUEZ-CHARAIMA stated the cocaine was purchased for $30 from the bathroom inside of ▮▮▮ Morrison Rd. The incident was documented under DPD GO # 2024-5003747. A picture of HENRIQUEZ-CHARAIMA was taken during the traffic stop, which is consistent with photographs of a Hispanic male posted as the profile photo for the WhatsApp contacts "~Peña alexdaniel 🔵 👄 😍 " and "~ 🍊 rey De Yeres 😍 🤩 ", as well as the Facebook account accessible at "https://www.facebook.com/luisalejandro.henriquezcharaima."



26

### *Source of Information Identifications*

93.  In late May, 2025, an ATF SA conducted an interview of a Source of Information (SOI-1). During the interview, SOI-1 was shown a picture the ATF obtained from Homeland Security Investigations (HSI) of HENRIQUEZ-CHARAIMA. SOI-1 identified the photo of HENRIQUEZ-CHARAIMA as "el chino." SOI-1 was then presented with voice recordings from a cell phone from the WhatsApp conversation with WhatsApp phone number ████████████, with WhatsApp contact name "hijo de dios." This is the same WhatsApp contact phone number and contact name utilized by HENRIQUEZ-CHARAIMA to communicate with a UC during this investigation. SOI-1 advised that the person in the conversation on the voice recordings was HENRIQUEZ-CHARAIMA.

94.  In late May, 2025, an ATF SA conducted an interview of another Source of Information (SOI-2). During the interview, SOI-2 advised that an individual known to him/her as "el chino" was involved with firearms and narcotics transactions. SOI-2 advised that he/she believes "el chino" is a boss within the Tren de Aragua (TdA) criminal organization.

95.  In late May, 2025, an ATF SA conducted an interview of another Source of Information (SOI-3). During the interview, SOI-3 was shown a picture of HENRIQUEZ-CHARAIMA and identified HENRIQUEZ-CHARAIMA as the individual he/she knew to be called "chino" or "topo." SOI-3 advised that HENRIQUEZ-CHARAIMA coordinated and directed firearms and narcotics transactions. SOI-3 was shown a picture that was found on the Facebook page with the profile link listed as "https://www.facebook.com/luisalejandro.henriquezcharaima" and identified one of the individuals holding a shotgun in the picture as HENRIQUEZ-CHARAIMA. SOI-3 advised that he/she believed HENRIQUEZ-CHARAIMA to be currently located in Mexico, and further stated that HENRIQUEZ-CHARAIMA left the United States to flee prosecution.

96.  In late May, 2025, an ATF SA conducted an interview of another Source of Information (SOI-4). During the interview, SOI-4 was shown pictures of HENRIQUEZ-CHARAIMA, and positively identified HENRIQUEZ-CHARAIMA as a TdA boss. SOI-4 stated that HENRIQUEZ-CHARAIMA would approve and coordinate illegal sales of controlled substances and firearms. SOI-4 further advised that he/she believed HENRIQUEZ-CHARAIMA to have been directly involved with the kidnapping of two (2) females. SOI-4 stated that HENRIQUEZ-CHARAIMA conducted the kidnapping because the two females shorted HENRIQUEZ-CHARAIMA on a narcotics transaction. SOI-4 advised that he/she believed HENRIQUEZ-CHARAIMA fled the United States in order to avoid prosecution related to the kidnapping. At this time, investigators have not determined further particulars or pending investigations related to this kidnapping.

### **INTERSTATE NEXUS**

97.  All of the firearms described above, except those firearms that contain no make, no model, or no serial numbers, were preliminarily examined by an ATF Special Agent who has acquired knowledge and experience relating to firearms and ammunition and specifically the interstate nexus determination of firearms and ammunition through training, investigations, extensive research and review of records, as well as conferring with other experts and contacts within the firearms industry. Based on the preliminary examinations, all the firearms described

above, except those firearms that contain no make, no model, or no serial numbers, are firearms as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3), and that these firearms were not manufactured in the State of Colorado, and therefore traveled in and/or affected interstate and/or foreign commerce prior to being recovered as part of this investigation.

## DRUG TESTING

98.     The tusi purchased by the UCs in the above transactions was tested and found not to contain controlled substances.  However, statements by sources of information and subjects of the investigation support the fact that the individuals involved in the above transactions believed the tusi to contain controlled substances, including ketamine. One involved individual was observed in a video inhaling tusi from a bag shortly before it was sold to undercovers, showing that he believed it to contain controlled substances.  Additionally, Henriquez-Charaima told an undercover that the tusi he sold was supposed to contain ketamine, as related above.

## CONCLUSION

99.     Based on the aforementioned information, Your Affiant submits that probable cause exists that from on or about March 27, 2025 through on or about June 6, 2025, in the State and District of Colorado, LUIS ALEJANDRO HENRIQUEZ-CHARAIMA, the defendant, along with both identified and unidentified co-conspirators, participated in the following crimes: (1) firearms trafficking conspiracy and attempted firearms trafficking, in violation of 18 U.S.C. § 933(a)(1) and (a)(3); (2) conspiracy to distribute and possess with intent to distribute mixtures and substances containing a detectable amount of ketamine, in violation of 21 U.S.C. § 846; and (3) use of an interstate facility to commit murder for hire, and conspiracy to do the same, in violation of 18 U.S.C. § 1958(a).

100.    As such, Your Affiant respectfully requests that the Court issue a criminal complaint and a corresponding arrest warrant for and against LUIS ALEJANDRO HENRIQUEZ-CHARAIMA.

101.    I, ███████████ Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, hereby depose and state that the above-mentioned information is true to the best of my information, knowledge and belief.

*/s/*
█████████

ATF Special Agent

**Affidavit reviewed and submitted by Garreth Winstead, Assistant United States Attorney.**

Sworn to and subscribed before me this __20th__ day of June, 2025.

Kathryn A. Starnella
United States Magistrate Judge
District of Colorado